CHARLES C. DEARDEN, Respondent, *v.* CHANDLER W. BLUHDORN et al., as Trustees under the Will of MARGARET M. BLUHDORN, Deceased, Appellants.

*Dearden* v. *Bluhdorn*, 166 App. Div. 904, affirmed.
(Argued March 30, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to obtain a construction of two wills.   William H. Bluhdorn by his will devised to his daughter, Caroline C. Dearden, and to her heirs forever, the real property on the northwesterly corner of Lafayette and Grand avenues, in the borough of Brooklyn (the subject-matter of this action); but if she should die without leaving lawful issue her surviving, he gave the property to his son, William H. Bluhdorn, Jr., and his heirs forever.   Thereafter Caroline C. Dearden died, leaving a will with the following provision: "I hereby give and bequeath to my husband, Charles C. Dearden, all my real and personal estate of which I may die seized wherever situate, including insurance policies, bank account, &c., absolutely and forever during his lifetime." The court, at Special Term, held that the husband of Caroline took the property devised to her by her father in fee simple.   Appellants contend that under the will of William H. Bluhdorn, Caroline having died without

issue, title to the devised property vested in the heirs of William H. Bluhdorn, Jr., and that, in any event, plaintiff under the will of his wife took only a life estate in the property.

*Edward S. Clinch, Charles S. Fettretch* and *Edward T. Hiscox* for appellants.

*James A. Sheehan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.